JOSEPH W. KAY, Respondent, *v.* ROBERT GRIER MONROE, as Commissioner of Water Supply, Gas and Electricity of the City of New York, et al., Appellants.

*Kay* v. *Monroe*, 109 App. Div. 913, affirmed.
(Argued May 24, 1906; decided June 12, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

December 12, 1905, affirming a judgment of Special Term enjoining the defendant commissioner from carrying out a contract for the purchase of water meters.

*John J. Delany,* Corporation Counsel (*James D. Bell* of counsel), *Alfred J. Talley* and *Frederick St. John* for appellants.

*Walter Thorn* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and HISCOCK, JJ. Absent: O'BRIEN, J.